THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**SAMUEL C. ENRIQUEZ,**

      **Plaintiff,**

      vs.                                                  Civ. No. 24-805  DHU/JFR

**BRIAN BAKER, MIGUEL FAVELA,
LUIS LUCERO, ALAN LOZANO,
JOAB PUENTE, TIMOTHY BARRARAS,
and DOÑA ANA COUNTY DETENTION
CENTER,**

      **Defendants.**

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS
AND RECOMMENDED DISPOSITION**

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition ("PFRD") by United States Magistrate Judge John F. Robbenhaar, filed August 4, 2025. Doc. 21. As per Fed. R. Civ. P. 72(b)(2), objections were due no later than August 21, 2025.[1] The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's PFRD waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

The Magistrate Judge's PFRD recommends that Defendants' *Motion to Dismiss* (Doc. 13) be **GRANTED** and that Plaintiff's Complaint be **DISMISSED WITH PREJUDICE**. The Court has conducted its *de novo* review of the case, including a review of the evidence of record, and finds the Magistrate Judge's proposed findings and recommendations are not clearly erroneous, contrary to law or otherwise an abuse of discretion. The Court therefore will adopt the PFRD.

---

[1] Objections were due within fourteen days, August 18, 2025. However, three additional days were added to accommodate service by mail. *See* Fed. R. Civ. P. 6(a)(3) and 6(d).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 21) is adopted.

_____
UNITED STATES DISTRICT JUDGE